ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04cr10037 MLW |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | VIOLATIONS: |
| YASIM TAHSIR, ) | 8 U.S.C. § 1326 |
| A/K/A YASIM TASHIR, ) | Unlawful Re-entry of Deported Alien |
| A/K/A YASIM B. TASHIR and ) | |
| A/K/A ROBERT BOBBY, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**COUNT ONE:**    (8 U.S.C. § 1326–Unlawful Re-entry of Deported Alien)

The Grand Jury charges that:

On or about January 22, 2004, at Boston, in the District of Massachusetts,

**YASIM TAHSIR, A/K/A YASIM TASHIR,
A/K/A YASIM B. TASHIR and A/K/A ROBERT BOBBY,**

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior March 1, 2003, or the express consent of the Secretary of the United States Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                 February 11, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

3:54p