# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

   V.          CRIMINAL

               CASE NO. 04-10037

  Yasmin Tahsir
     Defendant

## APPOINTMENT OF FEDERAL DEFENDER

  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

  It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of  February 23, 2004  to represent said defendant in this cause until further order of the Court.

             TONY ANASTAS
             CLERK OF COURT


          By: /s/ Maria Simeone
             Deputy Clerk

DATE: 2/23/04

(04-10037 order appt fed defender - 11/98)                [koapptpd.]