AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

YASIM TAHSIR, A/K/A YASIM TASHIR, A/K/A
YASIM B. TASHIR, A/K/A ROBERT BOBBY

**WARRANT FOR ARREST**

CASE NUMBER: 04-10037-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    YASIM TAHSIR
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

unlawful re-entry of deported alien,

in violation of Title 18 United States Code, Section(s) 1326(a) and (b)

Catherine M. Cawlin
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Signature of Issuing Officer

2-11-04 Boston
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/24/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.