UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10037-MLW |
| v. ) | |
| ) | |
| YASIM TAHSIR, ) | |
| A/K/A YASIM TASHIR, ) | |
| A/K/A YASIM B. TASHIR and ) | |
| A/K/A ROBERT BOBBY, ) | |

NOTICE OF DISMISSAL OF INDICTMENT

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment charging the defendant Yasim Tahsir, a/k/a Yasim Tashir, a/k/a Yasim B. Tashir, and a/k/a Robert Bobby, with unlawful re-entry by a deported alien.   The government states that the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

 /s/ James B. Farmer
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Date:   March 22, 2004

Leave to File Granted:

_____
MARK L. WOLF
United States District Judge

Date: _____

CERTIFICATE OF SERVICE

Suffolk, ss.                                                    Boston, Massachusetts
                                                                March 22, 2004

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served by electronic filing and by hand a copy of the foregoing to counsel for the defendant, Martin Richey, Esq., Federal Defender Office, 408 Atlantic Ave., 3rd Fl., Boston, MA 02210.

                                         /s/ Antoinette E.M. Leoney
                                         ANTOINETTE E.M. LEONEY
                                         Assistant U.S. Attorney