UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10037-MLW
)
YAHIM TAHSIR )

DEFENDANT'S RESPONSE TO COURT'S ORDER OF MARCH 25, 2004

Defendant, Yahim Tahsir, has received a copy of the government's Notice of Dismissal of Indictment, and the Court's Memorandum and Order of March 25, 2004.

Defendant, after conversation with Assistant U.S. Attorney Antoinette E.M. Leoney, and understanding that the dismissal is not sought in order to harass defendant and that the government does not intend to re-indict this matter, does not object to the Court's endorsement of the Notice of Dismissal.

YAHIM TAHSIR
By his attorney,

/s/ J. Martin Richey
J. Martin Richey
BBO# 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Antoinette E.M. Leoney by delivery on March 26, 2004.

/s/ J. Martin Richey
J. Martin Richey