UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.               ) | CRIMINAL NO. 04-10037-MLW |
| ) | |
| YASIM TAHSIR          ) | |

## AMENDED DISMISSAL OF INDICTMENT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses with prejudice the indictment against Yasim Tahsir. As grounds for the instant dismissal, the undersigned states that the defendant could move to dismiss the indictment on the basis of a claimed violation of Fed. R. Crim. P. 5(a), and although the government does not believe that such a motion would result in the dismissal of the indictment, given the priorities and limited resources of this office and the available alternative administrative remedy of deportation, the interests of justice are adequately served by forgoing litigation of the Rule 5(a) issue in favor of dismissing the indictment and removing the defendant from this country.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: *James B. Farmer*

JAMES B. FARMER
Assistant U.S. Attorney
Chief, Criminal Division

March 29, 2004

Leave To File Granted:

_____

MARK L. WOLF
United States District Judge
Date: _____

## CERTIFICATE OF SERVICE

I, Timothy Q. Feeley, hereby certify that I have this 29th day of March 2004, served by hand a copy of the foregoing on counsel for the defendant, Martin Richey, Esq., Federal Defender Office, Boston, MA.


Timothy Q. Feeley
Assistant U.S. Attorney