```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10037-MLW |
| | ) | |
| YASIM TAHSIR | ) | |

<u>ORDER</u>

WOLF, D.J.                                               March 29, 2004

    Based upon the responses of the government and defendant Yasim Tahsir to the March 25, 2004 Order, it is hereby ORDERED that:

    1.   The government's motion to dismiss this case with prejudice pursuant to Federal Rule of Criminal Procedure 48(a) is ALLOWED.

    2.   This case is DISMISSED with prejudice.

```
                              /s/ Mark L. Wolf
                        UNITED STATES DISTRICT JUDGE
```